BEFORE THE FIRST DIVISION, JUNE 14, 1940

**No. 43945.**—Protest 981307–G of Lederle Laboratories, Inc. (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.

**No. 43946.**—Protest 18063–K of Ciba Co. (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.

**No. 43947.**—Protest 963534–G of Oval Manufacturing Co., Inc. (New York).

Opinion by TILSON, J. It was agreed that the merchandise consists of imitation semiprecious stones, faceted and without holes. The claim at 20 percent under paragraph 1528 was therefore sustained.

**No. 43948.**—Protests 934939–G, etc., of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of balloons similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 43949.**—Protests 836262–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by TILSON, J. It was stipulated that the tooth brushes in question are not chiefly used for the amusement of children but by children in brushing their teeth. T. D. 45604 (4) cited. The claim at 2 cents each and 50 percent ad valorem under paragraph 1506 was therefore sustained.